UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                             )     CASE NO: 07-1760-TSH<br>)<br>STEVEN SOTO AND                  )<br>YESSICA AMARO,                     )<br>)<br>Defendants                  )<br>_____) | |

### GOVERNMENT'S MOTION TO SEAL

The United States hereby respectfully moves the Court to seal the Criminal Complaint and affidavit in support thereof, this motion and the Court's order on this motion, and any other paperwork related to the above-captioned matter, until further order of the Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize an ongoing investigation.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ John A. Capin
JOHN A. CAPIN
Assistant U.S. Attorney
(617)748-3264

Dated: May 16, 2007

*[Handwritten on left margin: "5/16/07: Granted" with signature JLT]*