```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
          Plaintiff         )
     v.                     )    Cr. No. 07-10228-JLT
                            )
STEVEN SOTO                 )
                            )
          Defendant         )
_____)
```

**MOTION IN LIMINE RE: FIRST AMENDMENT EXPRESSIONS**

COMES NOW defendant, STEVEN SOTO, by and through his attorney of record, who hereby moves this Honorable Court for an Order limiting the admission at trial of any evidence concerning a fictional book that was being written by Mr. SOTO concerning an individual who was committing acts of fraud or theft. According to the government's draft exhibit list, it intends to introduce evidence "of handwritten and type written document's "describing defendant's participation in criminal activities."

While it is unclear of what specifically the government is intending to introduce, according to discovery produced,, Mr. SOTO was alleged to have been writing a book involving an individual involved in fraudulent activity and certain documents that may have been related thereto were taken during a search warrant. Mr. SOTO respectfully submits that written mental impressions relative to a fictional book are protected by the First Amendment to th the United States Constitution and any use thereof by the government would have a chilling effect on the exercise of that constitutional

right.  Cf. Dawson v. Delaware, 503 U.S. 109 (1992), (the First Amendment prohibited evidence of Aryan Brotherhood membership at a capital sentencing).

Mr. SOTO, further, respectfully submits that pursuant to Fed. R. Evid. 403, any such testimony's probative value, if any, is substantially outweighed by the risk of unfair prejudice, confusion of the issues, or undue consumption of time.

WHEREFORE, defendant respectfully requests this Honorable Court to exclude any reference by any witness to un-charged bad acts by Mr. SOTO.

Date: September 9, 2009                    Respectfully submitted,

                                               BOURBEAU & BONILLA, LLP

                                               S/ *Michael C. Bourbeau*
                                               MICHAEL C. BOURBEAU

                                               Attorney for Defendant
                                               STEVEN SOTO
                                               77 Central Street
                                               Boston, MA 02109
                                               (617) 350-6565

**Certificate of Service**
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.
/s/ *Michael C. Bourbeau*